UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00613-WBS-CSK |
|  | No. 2:24-cv-00614-WBS CSK |
|  | No. 2:24-cv-00615-WBS CSK |
|  | No. 2:24-cv-00616-WBS CSK |
|  | No. 2:24-cv-00617-WBS CSK |
|  | No. 2:24-cv-00620-WBS CSK |
|  | No. 2:24-cv-00660-WBS CSK |
|  | No. 2:24-cv-00661-WBS CSK |
|  | No. 2:24-cv-00662-WBS CSK |
|  | No. 2:24-cv-00663-WBS CSK |
|  | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the Court for
3  review. (Id. at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)
5      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.
7      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00613, 2:24-cv-00614, 2:24-cv-
8  00615, 2:24-cv-00616, 2:24-cv-00617, 2:24-cv-00620, 2:24-cv-00660, 2:24-cv-00661, 2:24-cv-
9  00662 and 2:24-cv-00663 are DISMISSED; the Clerk of the Court is directed to close these cases.
10 No further filings will be accepted.
11 Dated:  April 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2